No. 04–870. HALL ET AL. *v.* VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–873. PHILADELPHIA HOUSING AUTHORITY *v.* WILLIAMS ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–874. SMITH *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 04–875. PINCAY ET AL. *v.* ANDREWS ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–883. MCDOWELL ET UX. *v.* PROVIDENCE HEALTH PLAN; and
No. 04–1044. PROVIDENCE HEALTH PLAN *v.* MCDOWELL ET UX. C. A. 9th Cir. Certiorari denied.

No. 04–910. CLARETT *v.* NATIONAL FOOTBALL LEAGUE. C. A. 2d Cir. Certiorari denied.

No. 04–991. ROSSER *v.* DICKENSON, CONSERVATOR FOR ROBINSON; and
No. 04–1005. DICKENSON, CONSERVATOR FOR ROBINSON *v.* CARDIAC AND THORACIC SURGERY OF EASTERN TENNESSEE, P. C. C. A. 6th Cir. Certiorari denied.

No. 04–996. CLARK *v.* REDLAND INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 04–1001. TURCHYN ET UX. *v.* NAKONACHNY ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 04–1018. DLX, INC. *v.* KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1029. CHAMBERLAIN *v.* COURT OF APPEALS OF TEXAS, NINTH DISTRICT, JEFFERSON COUNTY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1031. AUSTIN *v.* DOWNS, RACHLIN & MARTIN ET AL. C. A. 2d Cir. Certiorari denied.